IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SOUTHERN STEEL & WIRE COMPANY,
an Arkansas Corporation                                          PLAINTIFF

    V.                         Civil No. 09-2109

PPG INDUSTRIES, INC.,
a Pennsylvania Corporation                                       DEFENDANT

## **O R D E R**

On November 12, 2010, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 12th day of November, 2010.


                                                   /s/ *Erin L. Setser*
                                                  HON. ERIN L. SETSER
                                                  UNITED STATES MAGISTRATE JUDGE